425 A.2d 850

Commonwealth v. Spells, Appellant.

Submitted March 12, 1979. Nathaniel W. Boyd, IV, for appellant; Donald L. Reihart, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.*

Affirmed.